```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

NEIL WOODYARD, JR.,                :

    Petitioner,                    :

v.                                 :
                                    CIVIL ACTION 05-0705-KD-M

DONAL CAMPBELL,                    :

    Respondent.                    :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed [1], the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this petition be DISMISSED.

DONE this 28th day of September 2006.

                                    /s/ Kristi K. DuBose
                                  KRISTI K. DuBOSE
                                  UNITED STATES DISTRICT JUDGE

---

[1] On September 18, 2006 counsel for petitioner moved the Court for an extension of time, up to and including September 20, 2006, in which to file any objections to the Report and Recommendation. (Doc. 23) The Magistrate Judge granted the motion on September 19, 2006.(Doc. 25) The extended deadline has now passed and no objections have been filed.